```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mera,

                Plaintiff,

-against-

Starjem Restaurant Corp. et al,

                Defendants.

1:18-cv-02152 (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    This case contains claims under the Fair Labor Standards Act. On October 2, 2018, the parties jointly submitted their proposed settlement agreement. (ECF Nos. 39 & 40.) Having reviewed the proposed settlement, the Court finds that it is fair and reasonable.[1] *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The Court also finds Plaintiff's attorneys' fees to be fair and reasonable. The settlement is approved.

    Accordingly, this action is dismissed with prejudice and without costs.

**SO ORDERED.**

DATED:    New York, New York
             October 10, 2018

_____
STEWART D. AARON
United States Magistrate Judge

---

[1] Regarding the clause contained in the Settlement Agreement entitled "Communications with the Media" (ECF No. 39-1, ¶ 10), the Court finds that this provision does not unduly restrict Plaintiff's ability to discuss the settlement, which has been publicly docketed and is accessible to anyone interested in reading it. *See Lola v. Skadden, Arps, Meagher, Slate & Flom LLP*, Case No. 13-CV-5008 (RJS), 2016 WL 922223 (S.D.N.Y. Feb. 3, 2016).